ACCEPTED
01-14-00786-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/28/2015 10:47:33 AM
CHRISTOPHER PRINE
CLERK



CHILD SUPPORT DIVISION

January 28, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/28/2015 10:47:33 AM

CHRISTOPHER A. PRINE
Clerk

**EFILE/USPS**

Christopher A. Prine, Clerk of the Court
First Court of Appeals
301 Fannin St.
Houston, Texas 77002-2066

Re:     Court of Appeals Number: 01-14-00786-CV
        Trial Court Case Number: 199717289

Style:   David Jones v. Tiffany Montejo

Dear Mr. Prine:

This letter is notice under Texas Rule of Appellate Procedure 6.1(c) that Assistant Attorney General (1) Rande Herrell, State Bar No. 09529400 rande.herrell@texasattorneygeneral.gov, (2) John Worley, State Bar No. 22001480 john.worley@texasattorneygeneral.gov and (3) Deterrean Gamble, State Bar No. 24062194 deterrean.gamble@texasattorneygeneral.gov, will serve as co-appellate counsel for the Office of the Attorney General of Texas in the above referenced case.  Please send copies of all court orders and notices in this case to Rande Herrell at the address shown at the bottom of this page in accordance with rules 6.1(b)-(c) and 6.3(a) of the Texas Rules of Appellate Procedure.  One copy of any order or notice will suffice.

A copy has been sent this date by eservice or certified mail to the parties or their representatives as indicated.  Thank you for your assistance in this matter.

Sincerely,

*Keri Teitge*

Child Support Division/Appellate Litigation Section
keri.teitge@texasattorneygeneral.gov

cc:     Melissa Morris, Attorney of Record
        Tifany Melayne Montejo
        Yolanda Randolph, AAG